FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 08-730 |
|---|---|---|
| Plaintiff, | ) | 08-749 AHM |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| Pontrell Williams | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | ) | 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of alleged violations and history of conviction of escape

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _defendant's prior criminal record_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: August 1, 2008

_Carla M. Woehrle_
UNITES STATES MAGISTRATE JUDGE